

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2018

No. 04-17-00648-CV

Rudolph **RESENDEZ** Jr.,
Appellant

v.

**STATE** of Texas, Jesus M. Peralta, William Stephens,
David Baker, Sylvia A. Cortez, and Joe Penn,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-10-00236-CVK
Honorable H. Paul Canales, Judge Presiding

**ORDER**

In accordance with this Court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 24, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2018.

_____
Keith E. Hottle, Clerk of Court